

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00318-CV

SHAW SERVICES, LLC, APPELLANT

V.

JEFFREY BURTON SHAW, APPELLEE

On Appeal from the 72nd District Court
Lubbock County, Texas
Trial Court No. 2018-530,224, Honorable Ruben Gonzales Reyes, Presiding

October 2, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Shaw Services, LLC, filed a notice of appeal without paying the requisite filing fee. By letter of September 9, 2019, the Clerk of this Court notified appellant that unless it was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by September 19 would result in dismissal of the appeal. To date, appellant has not paid the filing fee or sought leave to proceed without payment of court costs.

Because appellant failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam